**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARCUS HODGE (2),<br>aka "DJ Marko,<br>Defendant. | Case No. 23-cr-1820-JES<br>**SUPERSEDING INFORMATION**<br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Sec. 841(a)(1) and Title 18, U.S.C., Sec. 2 – Attempted Possession with Intent to Distribute Controlled Substances; Title 21, U.S.C., Sec. 853- Criminal Forfeiture |

The United States Attorney charges:

Count 1

(Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown and continuing up to and including January 5, 2021, within the Southern District of California, and elsewhere, defendant MARCUS HODGE, aka "DJ Marko", did knowingly and intentionally conspire with other persons known and unknown to distribute 5 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 2

(Attempted Possession with Intent to Distribute Methamphetamine)

On or about January 4, 2021, within the Southern District of

California, and elsewhere, defendant MARCUS HODGE, knowingly and intentionally attempted to possess, with intent to distribute, 5 grams and more, to wit: approximately 5.35 kilograms of methamphetamine (actual), a Schedule II controlled substance, and aided and abetted in the same, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 and 2 of this Superseding Information, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant, MARCUS HODGE, shall forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 982, Title 18, United States Code Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

DATED: March 20, 2024

TARA K. MCGRATH
United States Attorney

LOREN G. RENE
Assistant U.S. Attorney