**SENTENCING SUMMARY CHART**
[☐ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
**Sentencing Date:** February 14, 2025

USPO ☐
AUSA ☐
DEF ☑

Defendant's Name: Marcus Hodge Docket No.: 23CR1820-JES

Attorney's Name: Frederick M. Carroll Phone No.: 619-306-7154

Guideline Manual Used: November 1, 201 Agree with USPO Calc.: No

Base Offense Levels: (Drug Quantity if Applicable:) USSG § 2D1.1 (5.35kgs of Methamphetamine (actual)). 38

Specific Offense Characteristics: USSG § ______

Victim Related Adjustment: ______

Adjustment for Role in the Offense: ______

Adjustment for Obstruction of Justice: ______

Adjustment for Reckless Endangerment During Flight: ______

Adjusted Offense Level: 38
(☐ Combined (Mult. Counts) ☐ Career Off. ☐ Armed Career Crim.)

Adjustment for Acceptance of Responsibility:[☑ Gov. Motion Under USSG § 3E1.1(b)] -3

Total Offense Level: 35

Criminal History Score: 3

Criminal History Category: II
(☐ Career Offender ☐ Armed Career Criminal)

Guideline Range: from 188 mths to 235 mths
(Range limited by: ☐ minimum mand. ☐ statutory maximum

Departures:
USSG § Agreed Combined Departures and Variances -12

Resulting Guideline Range: Adjusted Offense Level 23 from 51 mths to 63 mths

**RECOMMENDATION**: 36 months in custody; 5y SR; No fine; $100PA.