**FREDERICK M. CARROLL**
California State Bar No. 227628
6161 El Cajon Blvd., Ste. B-271
San Diego, CA 92115
Telephone: (619) 306-7154
frederickcarroll@hotmail.com

Attorney for Marcus Hodge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>MARCUS HODGE,<br>Defendant. | CASE NO. 23CR1820-JES<br><br>DATE: February 14, 2025<br>TIME: 9:00 A.M.<br><br>ADDITIONAL SENTENCING DOCUMENTS—MS. HODGE'S LETTER TO THE COURT. |

TO: TARA K. MCGRATH, UNITED STATES ATTORNEY, LAUREN RENE, ASSISTANT UNITED STATES ATTORNEY.

Please find attached Mr. Hodge's letter to the Court.

Respectfully submitted,

DATED: 2/12/2025

*/s/ Frederick M. Carroll*
Frederick M. Carroll
Attorney for Mr. Hodge

*CERTIFICATE OF SERVICE:*
*I certify that this document was served on all parties via ECF*

Gmail

Frederick Carroll <frederickmcarroll@gmail.com>

# New updated letter to judge

1 message

**Marco Thomas** <marcothomas24701@gmail.com>
To: Frederick Carroll <frederickmcarroll@gmail.com>

Fri, Feb 7, 2025 at 6:16 AM

Honorable Judge Simmons

I hope this letter finds you well. I am writing you to express how disappointed I am in my self as a man, father, business owner and a role model in my community for the harm I have caused and the harm these drugs could have caused. As I been on bond since been arrested I have learned the choices you make in life will affect not only you but your love ones, family and businesses as well. I have learned that drugs are taking over our communities daily and causing harm to peoples love ones that are addicted to these type of drugs. Since been released on bond I have been working back with the youth coaching sports going to the schools in our community speaking with kids about drug activities around our community and things we could do to help each other be a better community. I also own a food truck where I have been setting up feeding shelters and things where people have drug addiction. I have been working on my self daily to be a better man and role model for my community I would like to say I am truly sorry and remorseful for the pain I have caused my family my loved ones and the community I am truly remorseful for the harm I have caused my community and the harm these drugs could have caused. What I have done in my life was totally wrong and I am apologizing to the community the courts my family and love ones I know we all make mistakes as humans but I have learned not to make the same ones in life. I hope you take the time to read this letter and understand that I know what I have done wrong and I am on the path to been a better man thank you for taking the time out reading my letter.

Very truly and remorsefully yours

Marcus A. Hodge